IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTAGE WINE ESTATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL & SUN ALLIANCE INSURANCE PLC, et al., <br><br> Defendants. | Case No. 20-cv-00101-MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On January 14, 2020, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of its Complaint, filed January 3, 2020.

**IT IS SO ORDERED.**

Dated: January 30, 2020

MAXINE M. CHESNEY
United States District Judge